| | |
|---|---|
| 1 | FRANK N. DARRAS #128904, Frank@DarrasLaw.com |
| 2 | SUSAN B. GRABARSKY #203004, SGrabarsky@DarrasLaw.com |
|   | PHILLIP S. BATHER #273236, PBather@DarrasLaw.com |
| 3 | **DarrasLaw** |
| 4 | 3257 East Guasti Road, Suite 300 |
|   | Ontario, California 91761-1227 |
| 5 | Telephone:   (909) 390-3770 |
|   | Facsimile:   (909) 974-2121 |
| 6 | Attorneys for Plaintiff |
| 7 | ROBIN RIHA |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN RIHA,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and HCA, INC. GROUP LONG TERM DISABILITY PLAN,<br><br>    Defendants. | Case No: 2:21-cv-08433 FLA(MRWx)<br><br>**PLAINTIFF'S NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that the parties hereto have reached an agreement to resolve this action in its entirety.

Documents are currently being prepared to finalize the resolution of this matter and the parties anticipate filing a stipulation to dismiss the entire action, each side to bear their own attorney fees and costs within 60 days.

Dated: December 16, 2021         DARRASLAW

   /s/ Susan B. Grabarsky
SUSAN B. GRABARSKY
Attorneys for Plaintiff

- 1 -
PLAINTIFF'S NOTICE OF SETTLEMENT