Jason A. James (Bar No. 265129)
jjames@mmhllp.com
Patricia A. Ellis (Bar No. 130044)
pellis@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
1000 Wilshire Boulevard, Suite 1860
Los Angeles, California 90017-2457
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBIN RIHA, | Case No. 2:21-cv-08433 FLA (MRWx) |
| Plaintiff, | **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and HCA, INC. GROUP LONG TERM DISABILITY PLAN, | Judge: Hon. Fernando L. Aenlle-Rocha |
| | Complaint Filed: October 25, 2021 |
| Defendants. | |

LAW OFFICES
MESERVE, MUMPER & HUGHES LLP

178183.1

Case No. 2:21-cv-08433 FLA (MRWx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE

IT IS HEREBY STIPULATED, by and between Plaintiff ROBIN RIHA and Defendant THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, by and through their respective attorneys of record, that this action shall be dismissed in its entirety with prejudice as to all defendants pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. Each party shall bear her or its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated:  January 21, 2022

Frank N. Darras
Susan B. Grabarsky
Phillip S. Bather
DARRAS LAW

By: */s/ Susan B. Grabarsky*
Susan B. Grabarsky
Attorneys for Plaintiff
ROBIN RIHA

Dated:  January 21, 2022

Jason A. James
Patricia A. Ellis
MESERVE, MUMPER & HUGHES LLP

By: */s/ Patricia A. Ellis*
Patricia A. Ellis
Attorneys for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

**Filer's Attestation-Local Rule 5-4.3.4(a)(2)(i)**

The filing attorney attests that she has obtained concurrence regarding the filing of this document and its content from the signatories to this document.

LAW OFFICES
MESERVE,
MUMPER &
HUGHES LLP

178183.1

1

Case No.  2:21-cv-08433 FLA (MRWx)
STIPULATION TO DISMISS ENTIRE ACTION
WITH PREJUDICE